IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRENDA DRAKE, individually and on behalf others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>　　　　Defendant. | CASE NO. 1:19-cv-1189<br>**CLASS ACTION**<br>**JURY TRIAL DEMANDED**<br><br>Dismissal with prejudice [8] acknowledged as to Ms. Drake only.  Dismissal is without prejudice as to any putative class member. JMS, CJ, 4-10-19<br>Distribution via ECF. |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Brenda Drake, voluntarily dismisses this action, with each side to bear its own attorneys' fees and costs. Within seven (7) days of the date of the filing of this Notice, the aforesaid dismissal will automatically convert to a dismissal with prejudice.

Date: April 9, 2019

*/s/ Gary M. Klinger*

Gary M. Klinger
Kozonis & Klinger, Ltd.
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

Counsel for Plaintiff and the proposed class